BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE ALEJANDRO ABURTO,<br>Defendant. | 1:10-cr-00353 LJO<br><br>STIPULATION AND ORDER THEREON FOR CONTINUANCE |

Defendant JORGE ALEJANDRO ABURTO, by and through their his attorney, ERIC K. FOGDERUDE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that his sentencing hearing set for January 9, 2012, be continued to May 21, 2012, at 1:00 p.m. in order to effectuate the terms of his plea agreement.

Dated: January 5, 2012 Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

Dated: May 5, 2011 /s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant
JORGE ALEJANDRO ABURTO

**ORDER**

The sentencing hearing currently set in this matter for January 9, 2012, at 1:00 p.m., shall be continued to May 21, 2012, at 1:00 p.m. Good Cause has been stated.

IT IS SO ORDERED.

**Dated: January 6, 2012** **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE