```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA  93721
   Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00353 LJO |
| Plaintiff, | STIPULATION AND ORDER THEREON FOR CONTINUANCE |
| v. | |
| LORENZO SEGUNDO GALLEGOS, | |
| Defendant. | |

Defendant LORENZO SEGUNDO GALLEGOS, by and through their his attorney, PETER M. JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that his sentencing hearing set for January 9, 2012, be continued to May 21, 2012, at 1:00 p.m. in order to effectuate the terms of his plea agreement.

Dated: January 6, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

Dated: January 6, 2012                    /s/ Peter M. Jones
                                          PETER M. JONES
                                          Attorney for Defendant
                                          LORENZO SEGUNDO GALLEGOS

**O R D E R**

The sentencing hearing currently set in this matter for January 9, 2012, at 1:00 p.m., shall be continued to May 21, 2012, at 1:00 p.m. Good Cause exists.

IT IS SO ORDERED.

**Dated:   January 6, 2012**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE