1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )   1:10-CR-00353 LJO
11                                     )
                        Plaintiff,     )
12                                     )
                   v.                  )   STIPULATION TO
13                                     )   ADVANCE HEARING AND
                                       )   ORDER
14  LORENZO SEGUNDO GALLEGOS,          )
                                       )
15                      Defendant.     )
   _____)
16
        Defendant, by and through his attorney, PETER JONES, and the
17
   United States of America, by and through its attorneys, BENJAMIN
18
   B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant
19
   United States Attorney, hereby enter into the following
20
   stipulation:
21
        The parties to the above-captioned matter agree to advance
22
   the May 21, 2012, 8:30 a.m., sentencing date as to this defendant
23
   and reset the matter for April 16, 2012, at 8:30 a.m.
24
   DATED: April 2, 2012                    Respectfully submitted,
25
                                           BENJAMIN B. WAGNER
26                                         United States Attorney

27                                         By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
28                                         Assistant U.S. Attorney

                                      1

```
                                            /s/ Peter Jones
                                            PETER JONES
                                            Attorney for Defendant
                                            Lorenzo Segundo Gallegos
```

O R D E R

    Having read and considered the foregoing stipulation, the current hearing date of May 21, 2012, is hereby advanced to April 16, 2012, at 8:30 a.m. for sentencing.

IT IS SO ORDERED.

**Dated:**   **April 9, 2012**                  **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE