BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-CR-00353-LJO |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| ISRAEL ARMAS RAMIREZ, JORGE ALEJANDRO ABURTO, ASCENCION ARMAS RAMIREZ, LORENZO SEGUNDO GALLEGOS, | ) |
| Defendant. | ) |

WHEREAS, on November 16, 2012, and April 6, 2012, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants in the following property:

    a. Browning Arms 9 millimeter semi-automatic pistol, and
    b. SKS 7.62 x 39 caliber semi-automatic rifle.

AND WHEREAS, beginning on April 7, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a)(2), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Israel Armas Ramirez, Jorge Alejandro Aburto, Ascencion Armas Ramirez, and Lorenzo Segundo Gallegos.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 26th day of September, 2012.

                                /s/ Lawrence J. O'Neill
                                LAWRENCE J. O'NEILL
                                United States District Judge